Shea N. Palavan (State Bar No. 339543)
Lema Mousilli, *(pro hac vice forthcoming)*
Texas State Bar No. 24056016
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
*service@mousillilaw.com*

**ATTORNEYS FOR PLAINTIFFS-RELATOR**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** and **THE STATE OF CALIFORNIA** *ex rel.* **MARIE KELLEY**,<br><br>Plaintiffs,<br><br>v.<br><br>**LINCARE HOLDINGS INC.**,<br><br>Defendant. | CASE NO. 24-cv-08021-JCS *SEALED*<br><br>**PLAINTIFF MARIE KELLEY'S STATUS REPORT**<br><br>**JURY TRIAL DEMANDED**<br><br>**[FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2); CAL. GOV. Code § 12652(c)(2)]** |

Pursuant to the Court's Order dated April 23, 2025 (ECF No. 15), Plaintiff respectfully submits this Status Report to apprise the Court of recent developments in this litigation.

In compliance with the statutory requirements set forth under 31 U.S.C. § 3730(b)(2), Plaintiff served the relevant authorities with the Complaint and supporting evidence via the United States Postal Service, detailed as follows:

1. On April 7, 2025, Plaintiff mailed the aforementioned documents to the U.S. Attorney for the Northern District of California, The Honorable Patrick Robbins, at 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102. Delivery was confirmed on April 11, 2025 (USPS Tracking No. 9214890142980416481432).

2. On April 7, 2025, Plaintiff mailed the aforementioned documents to the Attorney General of the United States, The Honorable Pam Bondi, at 950 Pennsylvania Avenue, NW, Washington, DC 20530. Delivery was confirmed on April 16, 2025 (USPS Tracking No. 9214890142980416481401).

3. On April 24, 2025, Plaintiff mailed the aforementioned documents along with a copy of counsel Lema Mousilli's Pro Hac Vice Application to The Honorable Rob Bonta, Attorney General of California, at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102. Delivery was confirmed on April 29, 2025 (USPS Tracking No. 9214890142980417384824).

Plaintiff will continue to timely update the Court regarding any further developments as necessary.

Dated: April 29, 2025

By: */s/ Shea N. Palavan*
Shea N. Palavan (State Bar No. 339543)
shea@mousillilaw.com
MOUSILLI LAW, PLLC
11807 Westheimer Road
Suite 550, PMB 624
Houston, Texas 77077
Tel: (281) 305-9313

Attorneys for Plaintiffs Relator