Shea N. Palavan (State Bar No. 339543)
Lema Mousilli, *(pro hac vice forthcoming)*
Texas State Bar No. 24056016
**MOUSILLI LAW, PLLC**
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Tel: (281) 305-9313
service@mousillilaw.com

**ATTORNEYS FOR PLAINTIFFS-RELATOR**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** and **THE STATE OF CALIFORNIA** *ex rel.* **MARIE KELLEY**,<br><br>*Plaintiffs*,<br><br>V.<br><br>**LINCARE HOLDINGS INC.**,<br><br>*Defendant*. | CASE NO. 24-cv-08021-JCS *SEALED* (JURY TRIAL DEMANDED)<br><br>**PLAINTIFF MARIE KELLEY'S STATUS REPORT PURSUANT TO ORDER MAINTAINING OSC (ECF NO. 26)**<br><br>[FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2); CAL. GOV. Code § 12652(c)(2)] |

Plaintiff-Relator, Marie Kelley, through undersigned counsel, respectfully submits this report in response to this Court's Order Maintaining this Court's Order to Show Cause issued on June 2, 2025 (ECF No. 26), and states as follows:

1. **Pro Hac Vice Admission of Lema Mousilli**

    o   On April 23, 2025, an application for admission *pro hac vice* was filed on behalf of Lema Mousilli. (ECF No. 20)

    o   On May 22, 2025, the required filing fee for the *pro hac vice* admission was paid. A true and correct copy of the receipt is attached hereto as **Exhibit A**.

    o   On June 16, 2025, counsel for Plaintiff-Relator contacted the Deputy of this Court via email regarding the status of the *pro hac vice* admission of Ms. Mousilli, and the Deputy

1

replied the same day, confirming the application has been granted. A true and correct copy of that email exchange is attached hereto as **Exhibit B**.

2. **Case Management and Status Reports**

    o   On April 21, 2025, counsel for Plaintiff-Relator filed Plaintiff-Relator's Case Management Statement.

    o   On April 29, 2025, counsel for Plaintiff-Relator filed a Status Report. (ECF No. 21)

    o   On May 22, 2025, a Case Management Conference was held.

3. **Proof of Service on Government Entities**

    o   On April 7, 2025, counsel for Plaintiff-Relator caused to be served, by U.S. Mail (USPS Tracking No. 9214890142980416481432), a copy of the Complaint and the written disclosure statement required under 31 U.S.C. § 3730(b)(2) in the above-captioned matter upon:

    > The United States Attorney's Office for the Northern District of California
    > c/o The Honorable Patrick D. Robbins
    > 450 Golden Gate Avenue
    > P.O. Box 36055
    > San Francisco, California 94102

    Delivery thereof was confirmed on April 11, 2025. Further, on May 22, 2025, Mr. Michael Pyle, via email, further confirmed service of the Complaint and Disclosure Statement. A true and correct copy of that email exchange is attached hereto as **Exhibit C**.

    o   On April 7, 2025, counsel for Plaintiff-Relator caused to be served, by U.S. Mail (USPS Tracking No. 9214890142980416481401), a copy of the Complaint and the written disclosure statement required under 31 U.S.C. § 3730(b)(2) in the above-captioned matter upon:

    > The Office of the Attorney General of the United States
    > c/o The Honorable Pam Bondi
    > 950 Pennsylvania Avenue NorthWest
    > Washington, D.C. 20530

    Delivery thereof was confirmed on April 16, 2025.

    o   On April 24, 2025, counsel for Plaintiff-Relator caused to be served, by U.S. Mail (USPS Tracking No. 9214890142980417384824), a copy of the Complaint and the written

disclosure statement required under 31 U.S.C. § 3730(b)(2) and CALIFORNIA GOVERNMENT CODE § 12652(c) in the above-captioned matter upon:

>The Office of the Attorney General of the State of California
>455 Golden Gate Avenue, Suite 11000
>San Francisco, California 94102

Delivery thereof was confirmed on April 29, 2025. Further, on May 22, 2025, Ms. Elizabeth Voorhies of the Office of the Attorney General of the State of California confirmed service of the Complaint and the written disclosures statement, as well as waiver of service via email. A true and correct copy of that email exchange is attached hereto as **Exhibit D**.

- On May 29, 2025, Plaintiff-Relator filed a Waiver of Service executed by the Office of the Attorney General of the State of California.
- On June 12, 2025, all Plaintiffs jointly filed a Stipulation and Request for Enlargement of Time to Elect or Decline Intervention and to Vacate Case Management Dates.
- Further, contemporaneously herewith, Plaintiff-Relator has filed the Affidavit of Judy Martinez in Support of Proof of Filing regarding the above.

Dated: June 18, 2025

By: /s/ Shea N. Palavan
Shea N. Palavan (State Bar No. 339543)
shea@mousillilaw.com
Lema Mousilli (*pro hac vice*)
lema@mousillilaw.com
MOUSILLI LAW, PLLC
11807 Westheimer Road
Suite 550, PMB 624
Houston, Texas 77077
Tel: (281) 305-9313

Attorneys for Plaintiff-Relator