# EXHIBIT A

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | judy@mousillilaw.com |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT |
| **Date:** | Thursday, May 22, 2025 9:42:00 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

   Account Number: 4825680
   Court: CALIFORNIA NORTHERN DISTRICT COURT
   Amount: $328.00
   Tracking Id: ACANDC-20711593
   Approval Code: 04729G
   Card Number: ************6838
   Date/Time: 05/22/2025 10:41:57 ET

NOTE: This is an automated message. Please do not reply