| | |
|---|---|
| **From:** | TLT CRD <TLTCRD@cand.uscourts.gov> |
| **Sent:** | Monday, June 16, 2025 09:04 |
| **To:** | Lema Mousilli; TLT CRD; Mari Cruz Lumbreras |
| **Cc:** | shea@mousillilaw.com |
| **Subject:** | RE: 24-cv-08021-TLT United States of America, ex rel. et al v. Lincare Holdings Inc. |

Good morning,

Yes, it has been granted. Thank you so much!



Robert McNamee
*Courtroom Deputy to the Honorable Trina Thompson*
United States District Court
Northern District of California
https://cand.uscourts.gov
Office: (415) 522-2039

---

**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Monday, June 16, 2025 6:21 AM
**To:** TLT CRD <TLTCRD@cand.uscourts.gov>; Mari Cruz Lumbreras <mari@mousillilaw.com>
**Cc:** shea@mousillilaw.com
**Subject:** Re: 24-cv-08021-TLT United States of America, ex rel. et al v. Lincare Holdings Inc.

**CAUTION - EXTERNAL:**

Good morning, Robert,

Shea Palavan has already updated his address. Can you advise if you can grant my pro hac vice?

Thank you,

**Lema Mousilli, JD/MBA** | Principal Attorney
Mousilli Law - Attorneys & Counselors at Law
www.mousillilaw.com

On Wed, Jun 4, 2025 at 2:42 PM TLT CRD <TLTCRD@cand.uscourts.gov> wrote:

> Thank you,

I'm not sure why it takes so long for the docket to populate, but I see the renewed pro hac vice application and the fee being paid. It wasn't entered into the system until yesterday afternoon. But thank you for handling the fee and entering the case.

The only issue concerning the pro hac vice application is Mr. Palavan's address. The address in our system and the CA state bar is currently for Houston, TX.

Mr. Palavan, please update the contact information we have in our system through PACER and I can grant the pro hac vice.

Thank you,



Robert McNamee

Courtroom Deputy to the Honorable Trina Thompson

United States District Court

Northern District of California

https://cand.uscourts.gov

Office: (415) 522-2039

**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Tuesday, June 3, 2025 12:31 PM
**To:** TLT CRD <TLTCRD@cand.uscourts.gov>
**Cc:** shea@mousillilaw.com
**Subject:** Re: 24-cv-08021-TLT United States of America, ex rel. et al v. Lincare Holdings Inc.

**CAUTION - EXTERNAL:**

Good morning, Mr. McNamee,

My office paid the pro hac vice fee on May 22, 2025. Please see attached receipt.

Thank you,

**Lema Mousilli, JD/MBA |** Principal Attorney

Mousilli Law - Attorneys & Counselors at Law

www.mousillilaw.com

On Tue, Jun 3, 2025 at 12:34 PM TLT CRD <TLTCRD@cand.uscourts.gov> wrote:

> Hello,
>
> Attached is an order issued by the Court today for your review.
>
> Thank you,
>
> 
> Robert McNamee
>
> Courtroom Deputy to the Honorable Trina Thompson
>
> United States District Court
>
> Northern District of California
>
> https://cand.uscourts.gov

Office: (415) 522-2039

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.