| | |
|---|---|
| **From:** | Elizabeth Voorhies <Elizabeth.Voorhies@doj.ca.gov> |
| **Sent:** | Wednesday, May 28, 2025 11:51 |
| **To:** | Lema Mousilli; Pyle, Michael T. (USACAN); Judy Martinez; Shea Palavan |
| **Subject:** | Re: Kelley v. Lincare Holdings Inc. (under seal)- Proof of Service |

The State of CA has received the complaint and waives formal service of process.

**From:** Lema Mousilli <lema@mousillilaw.com>
**Sent:** Thursday, May 22, 2025 2:50 PM
**To:** Elizabeth Voorhies <Elizabeth.Voorhies@doj.ca.gov>; Pyle, Michael T. (USACAN) <Michael.T.Pyle@usdoj.gov>; Judy Martinez <judy@mousillilaw.com>; Shea Palavan <shea@mousillilaw.com>
**Subject:** Kelley v. Lincare Holdings Inc. (under seal)- Proof of Service

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good afternoon, Mr. Pyle and Ms. Voorhies,

The Court is requiring us to file proof of service on the US Attorney's Office and the California Attorney General's office.

We have mailed each of your offices a copy of the complaint, as well as other documents.

Can you please confirm receipt of the complaint and waiver of formal service?


Thank you,

**Lema Mousilli, JD/MBA** | Principal Attorney
Mousilli Law - Attorneys & Counselors at Law
www.mousillilaw.com

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.