|   |   |
|---|---|
| 1 | Shea N. Palavan (State Bar No. 339543) |
| 2 | Lema Mousilli, *(pro hac vice forthcoming)* <br> Texas State Bar No. 24056016 |
| 3 | **MOUSILLI LAW, PLLC** <br> 11807 Westheimer Road |
| 4 | Suite 550, PMB 624 <br> Houston, TX 77077 |
| 5 | Tel: (281) 305-9313 |
| 6 | *service@mousillilaw.com* |
| 7 | **ATTORNEYS FOR PLAINTIFFS-RELATOR** |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA** *ex rel.* **MARIE KELLEY**, <br><br> Plaintiffs, <br><br> v. <br><br> **LINCARE HOLDINGS INC.**, <br><br> Defendant. | CASE NO. 24-cv-08021-JCS *SEALED* <br><br> **AFFIDAVIT OF JUDY MARTINEZ IN SUPPORT OF PROOF OF FILING** <br><br> **JURY TRIAL DEMANDED** <br><br> [FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2); CAL. GOV. Code § 12652(c)(2)] |

BEFORE ME, the undersigned authority, on this day personally appeared Judy Martinez, who, being by me duly sworn, stated under oath as follows:

1. My name is **Judy Martinez**. I am over eighteen (18) years of age, of sound mind, and fully capable of making this affidavit. I have never been convicted of a misdemeanor or felony. The facts set forth herein are based on my personal knowledge and I am competent to testify to them.

2. I am over the age of 18 and not a party to this action. I am employed by Mousilli Law, PLLC, and my business address is 11807 Westheimer Road, Suite 550, PMB 624, Houston, Texas 77077.

3. On April 7, 2025, I caused to be served by U.S. Mail a copy of the Complaint and the written disclosure statement required under 31 U.S.C. § 3730(b)(2) in the above-captioned matter upon:

> The United States Attorney's Office for the Northern District of California
> 450 Golden Gate Avenue, P.O. Box 36055
> San Francisco, CA 94102
> USPS Tracking No. 9214890142980416481432
> Delivery confirmed on April 11, 2025.

4. On April 7, 2025, I also caused to be served by U.S. Mail a copy of the Complaint and the written disclosure statement required under 31 U.S.C. § 3730(b)(2) in the above-captioned matter upon:

> The Honorable Pam Bondi, Attorney General of the United States
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530
> USPS Tracking No. 9214890142980416481401
> Delivery confirmed on April 16, 2025.

5. On April 24, 2025, I caused to be served by U.S. Mail a copy of the Complaint and the written disclosure statement required under California Government Code § 12652(c) in the above-captioned matter upon:

> The Office of the Attorney General of the State of California
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA 94102
> USPS Tracking No. 9214890142980417384824
> Delivery confirmed on April 29, 2025.

6. I am also aware that the United States Attorney's Office for the Northern District of California has waived service in the above-captioned matter and has acknowledged receipt of the Complaint and the written disclosure statement.

7. I am also aware that the Office of the Attorney General of the State of California has waived service in the above-captioned matter and has acknowledged receipt of the Complaint and the written disclosure statement.

8. On May 29, 2025, I filed Waiver of Service executed by the Office of the Attorney General of the State of California.

**Further Affiant Sayeth Not.**

PROOF OF FILING – AFFIDAVIT OF JUDY MARTINEZ

_Judy Martinez_

Judy Martinez

SWORN TO AND SUBSCRIBED before me, on this, the 18th day of June 2025.



_Maria C. Lumbreras_

Notary Public in and for

The State of Texas

3

PROOF OF FILING – AFFIDAVIT OF JUDY MARTINEZ