1   Erika Jacobsen White – SBN 251323
    Brian J. Markovitz (pro hac vice)
2   Valerie A. Grove (pro hac vice)
    Joseph Greenwald & Laake, P.A.
3   6404 Ivy Lane, Suite 400
    Greenbelt, Maryland  20770
4   O: 301 220 2200
    F: 301 220 1214
5   ewhite@jgllaw.com
6   bmarkovitz@jgllaw.com
    vgrove@jgllaw.com
7

8

9

10  Attorneys for Relator/Plaintiff
    JOHN THOMAS STACK
11

12              **IN THE UNITED STATES DISTRICT COURT FOR THE**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                     **SAN FRANCISCO DIVISION**

15
    UNITED STATES OF AMERICA                  Case No.: 3:23-CV-00183-LB
16  and STATE OF CALIFORNIA,
    ex rel.  JOHN THOMAS STACK,               **FILED UNDER SEAL**
17
                                              **Notice of Voluntary Dismissal of**
18                                            **Relator's Claims Without Prejudice**
              Plaintiffs,
19                                            **Action Filed: January 13, 2023**
          v.
20
    SUTTER HEALTH, and
21  SUTTER BAY HOSPITALS d/b/a
    CALIFORNIA PACIFIC MEDICAL
22  CENTER
23
24            Defendants,
25

26

27

28                                         1

Notice of Voluntary Dismissal of Relator's Claims Without Prejudice      CASE NO. 3:23-CV-00183-LB

**Notice of Voluntary Dismissal of Relator's Claims Without Prejudice**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and 31 U.S.C. 3730(b)(1), Relator John Thomas Stack, hereby voluntarily dismisses this action without prejudice with respect to Defendants and states as follows:

1.    On September 30, 2025, the United States filed a Notice to Decline to Intervene.

2.    The next day, on October 1, 2025, the State of California filed a Notice of Declination of Intervention.

3.    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Relator hereby notices his dismissal of his claims in this case. The dismissal shall be without prejudice as to the United States' and the Relator's claims against Defendants.

4.    Pursuant to 31 U.S.C. § 3730(b)(1), the United States, through Assistant United States Attorney Benjamin Wolinsky, and the state of California, through Supervising Deputy Attorney General Jennifer S. Gregory, hereby consent to this voluntary dismissal.

5.    A notice of dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate because Defendant have not served an answer or a motion for summary judgment in this case.

Respectfully submitted this 22nd day of October 2025.

/s/  Erika  Jacobson  White

Erika Jacobsen White, (No. 251323)
Brian J. Markovitz (pro hac vice)
Valerie A. Grove (pro hac vice)
Joseph Greenwald & Laake, P.A
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
Telephone: (301)220-2200
Facsimile: (301) 220-1214
Emails: ewhite@jgllaw.com
bmarkovitz@jgllaw.com
vgrove@jgllaw.com
Counsel for Relator/Plaintiff

2

Notice of Voluntary Dismissal of Relator's Claims Without Prejudice  CASE NO. 3:23-CV-00183-LB